JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALEX BILBREW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEGAN BRENNAN, Postmaster General of the United States,<br><br>　　　　　Defendant. | Case No.: CV 19-10064-CJC(KSx)<br><br>JUDGMENT |

　　　Plaintiff Alex Bilbrew brings this civil rights action against Defendant Megan Brennan in her official capacity as the Postmaster General of the United States. Defendant's unopposed motion to dismiss came for consideration before this Court.

//

-1-

The Court hereby **ORDERS** that:

1. Defendant's motion to dismiss is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: April 16, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE